IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE SCHEIB and ) | |
| CAROLE L. SCHEIB, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 02: 07cv0018 |
| ) | |
| MELLON BANK, N.A. and ) | |
| REED J. DAVIS, SR., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER OF COURT**

Presently pending before the Court for disposition is the *pro se* SECOND MOTION TO THE HONORABLE COURT TO OPEN AND RECONSIDER DECISION AND/OR AS AN ALTERNATIVE/ MOTION TO SET ASIDE JUDGMENT filed by Plaintiffs, George Scheib and Carole L. Scheib (*Document No. 32*).

Plaintiffs again ask the Court for reconsideration of the Memorandum Opinion and Order of Court entered June 13, 2007, in which the Court granted the Motion to Dismiss filed by Defendants. By Memorandum Order of Court filed June 28, 2007, the Court denied Plaintiff's first request for reconsideration. Approximately eleven (11) days after the Order denying the motion for request for reconsideration was filed, Plaintiffs filed the instant motion.

For the reasons set forth in the Court's previous Order of June 28, 2007, the instant motion is **DENIED.** As before, Plaintiffs do not argue that there has been an intervening change in controlling law; that new evidence has become available; or that reconsideration is necessary to correct a clear error of law or to prevent manifest injustice.

So **ORDERED** this 19th day of July, 2007.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: George Scheib
815 Walbridge Street
Pittsburgh, PA 15220

Carole L. Scheib
815 Walbridge Street
Pittsburgh, PA 15220

Jayme L. Butcher, Esquire
Email: jbutcher@reedsmith.com